IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 13–cv–00141–CMA–KMT

DAVID BRACKHAHN, and
CATHERINE BRACKHAHN,

    Plaintiffs,

v.

BRITNEY BEALS-EDER, The Castle Law Group Attorney # 34935,
REAGAN LARKIN, The Castle Law Group Attorney # 42309,
THE CASTLE LAW GROUP, LLC,
JAMES A. CASEY, Magistrate District Court, Archuleta County, CO,
STEVEN ABREU, CEO, GMAC Mortgage, LLC,
KARI KRULL, Witness and Litigation Analyst GMAC Mortgage, LLC,
GMAC MORTGAGE, LLC, and
JOHN DOES 1-10,

    Defendants.

## ORDER

    This matter is before the court on review of the "Notice of Bankruptcy and Suggestion of Automatic Stay" filed by Defendant GMAC Mortgage, LLC, on February 15, 2013. (Doc. No. 14.) According to the Notice, on May 14, 2012, Residential Capital, LLC and certain of its direct and indirect subsidiaries, including GMAC Mortgage, LLC, filed voluntary petitions for relief under Chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, NY 10004-1408. Therefore, Section 362 of the United States Bankruptcy Code applies with respect to Defendant GMAC

Mortgage, LLC, and the property of this defendant. 11 U.S.C. § 1520(a). Section 362(a) of the Bankruptcy Code provides

> Except as provided in subsection (b) of this section, a petition filed under section 301, 302, or 303 of this title, or . . . operates as a stay, applicable to all entities, of (1) the commencement or continuation, including the issuance or employment of process, of a judicial, administrative, or other action or proceeding against the debtor that was or could have been commenced before the commencement of the case under this title, or to recover a claim against the debtor that arose before the commencement of the case under this title.
>
> ***
>
> (3) any act to obtain possession of property of the estate or of property from the estate or to exercise control over property of the estate. . . .

Title 11 U.S.C. § 362(a). Accordingly, the bankruptcy precludes continuing this litigation with respect to Defendant GMAC Mortgage, LLC.

It is therefore ORDERED that all proceedings against Defendant GMAC Mortgage, LLC, are STAYED unless and until relief from the automatic stay in Bankruptcy Case No. 12-12020(MG) is granted.

Defendant GMAC Mortgage, LLC, is ORDERED to file a status report in this case within ten days of any relief from stay in the bankruptcy case.

Dated this 20th day of February, 2013.

BY THE COURT:

Kathleen M Tafoya
United States Magistrate Judge