David and Catherine Brackhahn
122 Clearwater Dr.
Pagosa Springs, CO 81147
Pro Se

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR - 4 2013

**JEFFREY P. COLWELL**
CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

| | |
|---|---|
| David Brackhahn<br>&<br>Catherine Brackhahn<br><br>Plaintiff,<br><br>vs.<br><br>Britney Beal-Eder<br>&<br>Reagan Larkin<br>&<br>The Castle Law Group, LLC<br>&<br>James A. Casey<br>&<br>Steven Abreu<br>&<br>Kari Krull<br>&<br>GMAC MORTGAGE, LLC.<br>&<br>John Does 1-10<br><br>Defendants | CASE NO. 1:13-cv-00141-CMA-KMT<br><br>JUDGE: Christine M. Arguello<br><br><br><br><br><br><br><br><br><br>**PLAINTIFF'S MOTION FOR EXTENSION TO RESPOND TO DEFENDANTS' MOTIONS TO DISMISS** |

*Brackhahn's Title 42 Complaint*
*For Civil Rights Violations*

1

Plaintiffs, the Brackhahn's, pursuant to D.C. COLO. LCivR 6.1(C) for this motion for an extension to file a response to the defendants' motions to dismiss and GMAC'S Notice of Bankruptcy and Suggestion for Automatic Stay. (See Docket no. 9, 10, 16, and 14.) in this matter states as follows:

D.C.COLO.LCivR 7.1(A) Certification: Plaintiffs (*pro se*) have not conferred with Defendants for the following reasons:

1. This request for time is not intended for delay.

2. Plaintiff has been busy working practically all available business hours to try and finish a construction related job (a very rare opportunity for work these days in our down local economy) since having received Defendants' answer to complaint and motions to dismiss. (Plaintiffs have mailed by USPS all Defendants this motion for extension.)

3. Plaintiff has also been sick and with insufficient time to research the 1 ¼ inch thick stack of exhibits he received from the Castle Law Group attorney on 2/16/13 by USPS mail, which weighed approx. 2 ¾ lbs. See Docket #8, Castle Law Group's Motion to file excess pages. Had Plaintiff tried to open the above mentioned file as a PDF, it would have easily crashed his computer. Plaintiffs have to be careful as to what they can accept on computer. Most communication will need to be by USPS mail.

4. Plaintiff has not had time to research, Defendant GMAC's claims as part of the Res. Cap's NY Bankruptcy Court case.

5. Plaintiff's response to Defendant GMAC's Motions To Dismiss is due as early as 3/8/13.

6. Plaintiff's response to Defendant Castle et al's Motion To Dismiss is due as early as 3/9/13.

*Brackhahn's Title 42 Complaint*                                                          2
*For Civil Rights Violations*

7. Plaintiff's response to Defendant Casey's Motion To Dismiss is due as early as 3/14/13.

8. No prior extension has been sought by Plaintiffs.

Plaintiffs, the Brackhahns, respectfully request that the Court grant this motion and allow them additional time, up to and including March 25, 2013, within which to respond to Defendants' Motions to Dismiss.

Respectfully submitted this 4th day of March, 2013.

*David Brackhahn*
David Brackhahn

*Catherine Brackhahn*
Catherine Brackhahn

122 Clearwater Dr.

Pagosa Springs, Colorado 81147

(970) 264-4923

## CERTIFICATE OF SERVICE

I hereby certify that on this ___4th___ day of ___March___, 2013, I filed the foregoing:
PLAINTIFFS' MOTION FOR EXTENSION TO RESPOND TO DEFENDANTS' MOTION TO DISMISS and the ORDER for the above mentioned motion with the Clerk of the Court for the USDC-Colorado. (By Fax)

I hereby certify that on this ___4th___ day of ___March___, 2013, I sent a copy of the foregoing:
PLAINTIFFS' MOTION FOR EXTENSION TO RESPOND TO DEFENDANTS' MOTION TO DISMISS and the ORDER for the above mentioned motion via prepaid U.S.MAIL to the following:

THE CASTLE LAW GROUP, LLC
Attention: Phillip A. Vaglica, of counsel
Christopher T. Groen
999 18th Street, Suite 2201
Denver, CO 80202

LOWE, FELL & SKOGG, LLC
Attention: Karen L. Brody, Attorney for:
GMAC MORTGAGE, LLC and Defendants Steven Abreau and Kari Krull
1099 18th Street, Suite 2950
Denver, CO 80202

Colorado Department of Law
Attention: Andrew M. Katarikawe, Counsel of Record and Attorney for:
James A. Casey
1300 Broadway, 10th Floor
Denver, CO 80203

_[signature]_
David Brackhahn