IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00141-CMA-KMT

DAVID BRACKHAHN, and
CATHERINE BRACKHAHN,

    Plaintiff(s),

v.

JAMES A. CASEY, and
BRITNEY BEAL-EDER, and
REAGAN LARKIN, and
THE CASTLE LAW GROUP, LLC, and
KARI KRULL, and
STEVEN ABREU,

    Defendant(s).

---

**UNOPPOSED DEFENDANT CASEY'S MOTION TO VACATE SCHEDULING AND PLANNING CONFERENCE AND TO STAY PROCEEDINGS PENDING A DETERMINATION ON HIS QUALIFIED IMMUNITY**

---

Defendant James A. Casey, by and through the Office of the Colorado Attorney General, hereby moves the Court for an order vacating the Scheduling Conference and Rule 26(f) Planning Meeting ("Conference") and staying further proceedings as to him and, for cause, shows as follows:

1. The undersigned's office has conferred with all parties herein pursuant to D.C.COLO.LCiv.R. 7.1.A. regarding the relief sought in this motion, and is authorized to represent that no party opposes this motion.

2. Plaintiff filed a Complaint in this action on January 22, 2013, *see*, doc.#1, and a Scheduling Conference/Planning Meeting is presently set for 10:15 a.m. on May 7, 2013, *see* doc. # 18, at 1.

3. Plaintiffs bring their action against Defendant Casey in his official and individual capacities as a district court magistrate judge. Doc. #1, at 4.

4. Defendant Casey has filed a Motion to Dismiss, raising a number of defenses that include judicial, Eleventh Amendment, and qualified immunity. Doc. #16.

5. A public official who asserts qualified immunity is entitled to have such immunity determined as a threshold issue of law before incurring the burdens of litigation, *Mitchell v. Forsyth*, 472 U.S. 511, 526 (1985). Burdens of litigation include discovery and Rule 26 disclosures, which are properly stayed while the court determines whether the defendant has qualified immunity. *Workman v. Jordan*, 958 F.2d 332, 336 (10th Cir. 1992) (discovery should not be allowed until the court resolves the legal issues necessary to determine the defendant's right to qual-

ified immunity). Qualified immunity is not only a defense to liability but also entitlement to immunity from suit and other demands of litigation. *Id.*

6. If Defendant Casey is compelled to attend and participate in the Conference, he will have to expend time and resources conferring with parties in accordance with Fed.R.Civ.P. 26(f) on or before April 16, 2013, and to participate in preparing a proposed scheduling order to be submitted on or before April 30, 2013, pursuant to this Court's Order, doc. #18, at 2. Further, he will have to prepare his defenses in order to present them at the Conference in a substantive and meaningful way; to plan for comprehensive disclosures and discovery and explore possible settlement; to make or arrange for disclosures required by R.26(a)(1); and to develop a proposed scheduling/discovery plan, *Id*. This would defeat the protection afforded by qualified immunity, which protects a public official asserting it from being compelled to expend time and effort on litigation in a court that has no jurisdiction over him. *Kiowa Indian Tribe of Oklahoma v. Hoover*, 150 F.3d 1163, 1172 (10th Cir. 1998).

7. Vacating the Conference and staying proceedings as to Defendant Casey will be consistent with the Order already entered by this Court staying all pro-

ceedings against one co-defendant in this action, GMAC, based on its bankruptcy filing. *See*, doc. # 17, at 2.

WHEREFORE, for the reasons set forth above, Defendant Casey respectfully requests the Court to enter an order vacating the conference currently set for May 7, 2013 and staying all proceedings against him until the Court determines whether he is qualifiedly immune from this action.

JOHN W. SUTHERS
Attorney General


*s/Andrew M Katarikawe*
ANDREW M KATARIKAWE*
Senior Assistant Attorney General
Tort Litigation
Civil Litigation and Employment Law Section
Attorneys for Defendant(s)

1300 Broadway, 10th Floor
Denver CO 80203
Tel: 720-508-6000
Fax: 720-508-6032
E-Mail:  andrew.katarikawe@state.co.us

*Counsel of Record

## CERTIFICATE OF SERVICE

I certify that I have served the foregoing UNOPPOSED DEFENDANT CASEY'S MOTION TO VACATE SCHEDULING AND PLANNING CONFERENCE AND TO STAY PROCEEDINGS PENDING A DETERMINATION ON HIS QUALIFIED IMMUNITY upon all parties herein by e-filing with the CM/ECF system maintained by the court and by depositing copies of same in the United States Mail, with first-class postage prepaid, at Denver, Colorado, this 29th day of March, 2013, addressed as follows:

David Brackhahn
122 Clearwater Drive
Pagosa Springs, CO 81147

Catherine Brackhahn
122 Clearwater Drive
Pagosa Springs, CO 81147

                                    *s/ Denise Munger*