IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 13–cv–00141–CMA–KMT

DAVID BRACKHAHN, and
CATHERINE BRACKHAHN,

    Plaintiffs,

v.

BRITNEY BEALS-EDER, The Castle Law Group Attorney # 34935,
REAGAN LARKIN, The Castle Law Group Attorney # 42309,
THE CASTLE LAW GROUP, LLC,
JAMES A. CASEY, Magistrate District Court, Archuleta County, CO,
STEVEN ABREU, CEO, GMAC Mortgage, LLC,
KARI KRULL, Witness and Litigation Analyst GMAC Mortgage, LLC,
GMAC MORTGAGE, LLC, and
JOHN DOES 1-10,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

Defendant James A. Casey's "Motion to Vacate Scheduling and Planning Conference and to Stay Proceedings Pending a Determination on His Qualified Immunity" (Doc. No. 29, filed March 29, 2013) is GRANTED. Based on the recommendation that this case be dismissed in its entirety, the case is STAYED in its entirety pending ruling by District Judge Arguello on the motions to dismiss. Defendants shall file a joint status report within ten days of ruling on the motions to dismiss if any portion of the case remains pending after Judge Arguello's ruling.

Dated: May 9, 2013