# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Christine M. Arguello

Civil Action No. 13-cv-00141-CMA-KMT

DAVID BRACKHAHN, and
CATHERINE BRACKHAHN,

    Plaintiffs,

v.

BRITNEY BEAL-EDER,
REAGAN LARKIN,
THE CASTLE LAW GROUP, LLC,
JAMES A. CASEY,
STEVEN ABREU,
KARI KRULL,
GMAC MORTGAGE, LLC, and
JOHN DOES 1-10,

    Defendants.

---

## ORDER AFFIRMING MAY 9, 2013 RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

---

This matter is before the Court on the May 9, 2013 Recommendation by United States Magistrate Judge Kathleen M. Tafoya that Defendants Abreu, Krull, and GMAC Mortgage, LLC's Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6), 12(b)(1) and 8(a) (Doc. # 9); Defendants The Castle Law Group, LLC, Beall-Eder, and Larkin's Motion to Dismiss Complaint Pursuant to Fed. R. Civ. P. 12(b)(6) (Doc. # 10); and the

Motion to Dismiss of [sic] Defendant Casey (Doc, # 16) be granted.  (Doc. # 41.)  The Recommendation is incorporated herein by reference.  *See* 28 U.S.C. § 636(b)(1)(B); Fed. R. Civ. P. 72(b).

The Recommendation advised the parties that specific written objections were due within fourteen (14) days after being served with a copy of the Recommendation. (Doc. # 147 at 35.)  Despite this advisement, no objections to Magistrate Judge Tafoya's Recommendation were filed by either party.  "In the absence of timely objection, the district court may review a magistrate [judge's] report under any standard it deems appropriate."  *Summers v. Utah*, 927 F.2d 1165, 1167 (10th Cir. 1991) (citing *Thomas v. Arn*, 474 U.S. 140, 150 (1985) (stating that "[i]t does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a *de novo* or any other standard, when neither party objects to those findings.").

The Court has reviewed all the relevant pleadings concerning Defendants' Motions to Dismiss and the Recommendation.  Based on this review, the Court concludes that Magistrate Judge Tafoya's thorough and comprehensive analyses and recommendations are correct and that "there is no clear error on the face of the record." Fed. R. Civ. P. 72 advisory committee's note.  Therefore, the Court ADOPTS the Recommendation of Magistrate Judge Tafoya as the findings and conclusions of this Court.  In addition, although the case caption indicates John Does 1-10 as Defendants, there are no allegations as to those individuals.  Thus, the case is dismissed in its entirety.

Accordingly, it is ORDERED that the Recommendation of the United States

Magistrate Judge (Doc. # 41) is AFFIRMED and ADOPTED.  It is

FURTHER ORDERED that Defendants Abreu, Krull, and GMAC Mortgage, LLC's Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6), 12(b)(1) and 8(a) (Doc. # 9), be GRANTED.  (*See* Doc. # 41 at 33-35.)   It is

FURTHER ORDERED that Defendants The Castle Law Group, LLC, Beall-Eder, and Larkin's Motion to Dismiss Complaint Pursuant to Fed. R. Civ. P. 12(b)(6) (Doc. # 10), be GRANTED.  (*See* Doc. # 41 at 33-35.)   It is

FURTHER ORDERED that the Motion to Dismiss of [sic] Defendant Casey (Doc. # 16), be GRANTED.  (*See* Doc. # 41 at 33-35.)  It is

FURTHER ORDERED that the case is dismissed in its entirety.

DATED:  May 31, 2013

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge